```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
```

**Alexandria Division**

```
_____
                             )
UNITED STATES OF AMERICA     )
                             )
v.                           )   Criminal No. 03-0113
                             )
LESLIE LAMONT TUCKER,        )
                             )
         Defendant.          )
_____)
```

### ORDER

This matter comes before the Court on the Government's Rule 35 Motion for Reduction in Sentence. For the reasons stated from the bench, it is hereby

ORDERED that the Government's Rule 35 Motion for Reduction OF Sentence is GRANTED and Defendant's sentence is reduced from 188 months to 70 months.

```
                               /s/
                          _____
                          CLAUDE M. HILTON
                          UNITED STATES DISTRICT JUDGE
```

Alexandria, Virginia
June 2, 2006